**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Roni Singer, Formerly Known as Roni S. Williams v. Robert L. Singer

Appellate case number:    01-14-00226-CV

Trial court case number:   2012-71242

Trial court:                 247th Judicial District Court of Harris County

On July 31, 2014, this case was abated and remanded to the trial court to enter the written findings of fact and conclusions of law requested by appellant. In that Order of Abatement, we also stated that this appeal would be reinstated once a supplemental clerk's record that complies with that order was filed with the Clerk of this Court. On August 26, 2014, the trial court clerk filed a compliant supplemental clerk's record with findings of fact and conclusions of law.

Accordingly, we sua sponte REINSTATE this case on the Court's active docket.

The appellant's brief is ORDERED to be filed within 30 days of the date of this order, with no further extensions. *See* TEX. R. APP. P. 2, 38.6(a).

The appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☒ Acting individually      ☐ Acting for the Court

Date: September 4, 2014